UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

Laguerre Lensendro,

Petitioner

v.

Experian,

Respondent

PETITION FOR RELIEF UNDER THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. § 1681 et seq.

I. NATURE OF THE CASE

1. Petitioner, Laguerre Lensendro, brings this action against Respondent, Experian, under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq., for willful noncompliance.
2. Petitioner alleges that Respondent furnished his report on at least 299 separate occasions without a permissible purpose, in violation of 15 U.S.C. § 1681b. [see Exhibit A pgs. 21-27]
3. Petitioner seeks statutory damages of $1,000 per violation under 15 U.S.C. § 1681n for willful noncompliance, totaling $299,000.

II. JURISDICTION AND VENUE

4. This Court has jurisdiction under 15 U.S.C. § 1681p, which grants jurisdiction to United States District Courts for violations of the FCRA, and the amount in controversy exceeds $75,000.
5. Venue is proper in this District as the events giving rise to this action occurred within the District of Connecticut, where Petitioner resides.

III. PARTIES

6. Petitioner Laguerre Lensendro is a natural person and a resident of Norwalk, Connecticut. Petitioner is a "consumer" as defined by 15 U.S.C. § 1681a(c).

7. Respondent Experian is a nationwide consumer reporting agency as defined under 15 U.S.C. § 1681a(f).

### IV. FACTUAL ALLEGATIONS

8. Petitioner incorporates by reference all preceding paragraphs as if fully set forth herein.
9. Respondent furnished Petitioner's report on 299 occasions without a permissible purpose, as required under 15 U.S.C. § 1681b.
10. Respondent's repeated actions were willful in violation of the FCRA.

### V. DEMAND FOR RELIEF

11. WHEREFORE, Petitioner respectfully requests that this Court enter judgment against Respondent and award the following relief:
    a. Statutory damages of $299,000, representing $1,000 for each of the 299 violations of the FCRA under 15 U.S.C. § 1681n
    b. And any other relief the Court deems just and proper.

I verify all herein to be true to the best of my knowledge and belief, and I demand a trial by way of Jury.

Respectfully presented,

*[signature: Laguerre Lensendro]*

Laguerre Lensendro
26 Broad St, Apt 4
Norwalk, CT 06851

11/25/2024

### CAP ONE NA
Inquired on 08/21/2024

PO BOX 30281
SALT LAKE CITY UT, 84130

Unspecified. This inquiry is scheduled to continue on record until Sep 2026.

### CITI CARDS/CITIBANK
Inquired on 08/21/2024

PO BOX 6241
SIOUX FALLS SD, 57117

Unspecified. This inquiry is scheduled to continue on record until Sep 2026.

### WFBNA CARD
Inquired on 08/21/2024

PO BOX 14579
DES MOINES IA, 50306

Unspecified. This inquiry is scheduled to continue on record until Sep 2026.

### BK OF AMER
Inquired on 08/19/2024

PO BOX 982238
EL PASO TX, 79998

Auto loan. This inquiry is scheduled to continue on record until Sep 2026.

### BK OF AMER
Inquired on 04/29/2024

Auto loan. This inquiry is scheduled to continue on record until May 2026.

### BK OF AMER
Inquired on 01/25/2024

PO BOX 982238
EL PASO TX, 79998

Unspecified. This inquiry is scheduled to continue on record until Feb 2026.

### EMS/AMERISAVE MORTGAGE C
Inquired on 11/14/2022

4300 WESTOWN PKWY STE 200
WEST DES MOINES IA, 50266

Mortgage. This inquiry is scheduled to continue on record until Dec 2024.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

*Exhibit A [report obtained on 9/15-24*

*11/25/24*

| **AMERICAN EXPRESS** | **AMERICAN EXPRESS 2** | **CAPITAL ONE** | **CMS ID PROOFING SERVICE** |
|---|---|---|---|
| Inquired on 08/23/2024, 08/20/2024, 04/30/2024 and 01/26/2024 | Inquired on 09/05/2024 | Inquired on 08/22/2024 | Inquired on 05/21/2024 |
| 19640 N 31ST ST. AVE, PHOENIX AZ 85027 | PO BOX 981537, EL PASO TX 79998 | 15000 CAPITAL ONE DR, RICHMOND VA 23238 | 7500 SECURITY BLVD, BALTIMORE MD 21244 |
| (800) 874-2717 | (800) 874-2717 | | (877) 267-2323 |

| **CONSUMERINFO.COM** | **CREDIT KARMA** | **CREDIT KARMA** | **CREDIT KARMA INC** |
|---|---|---|---|
| Inquired on 09/15/2024 | Inquired on 09/11/2024, 09/07/2024, 09/04/2024, 08/31/2024, 08/28/2024, 08/24/2024, 08/21/2024, 08/17/2024, 08/14/2024, 08/10/2024, 08/07/2024, 08/03/2024, 07/31/2024, 07/27/2024, 07/24/2024, 07/20/2024, 07/17/2024, 07/13/2024, 07/10/2024, 07/06/2024, 07/03/2024, 06/29/2024, 06/26/2024, 06/22/2024, 06/19/2024, 06/15/2024, 06/12/2024, 06/08/2024, | Inquired on 09/10/2024, 09/06/2024, 09/05/2024, 09/04/2024, 09/03/2024, 09/01/2024, 08/31/2024, 08/29/2024, 08/27/2024, 08/26/2024, 08/24/2024, 08/23/2024, 08/22/2024, 08/21/2024, 08/20/2024, 08/16/2024, 08/15/2024, 08/14/2024, 08/07/2024, 08/06/2024, 08/05/2024, 08/04/2024, 08/01/2024, 07/31/2024, 07/24/2024, 07/21/2024, 07/09/2024, 07/06/2024, | Inquired on 08/21/2024, 08/19/2024, 04/29/2024 and 01/25/2024 |
| 475 ANTON BLVD, COSTA MESA CA 92626 | | | 760 MARKET ST FL 2, SAN FRANCISCO CA 94102 |

| | |
|---|---|
| 06/01/2024, | 07/05/2024, |
| 05/29/2024, | 07/04/2024, |
| 05/25/2024, | 07/01/2024, |
| 05/22/2024, | 06/25/2024, |
| 05/18/2024, | 06/16/2024, |
| 05/15/2024, | 06/15/2024, |
| 05/11/2024, | 06/12/2024, |
| 05/08/2024, | 06/11/2024, |
| 05/04/2024, | 05/19/2024, |
| 05/01/2024, | 05/16/2024, |
| 04/27/2024, | 05/15/2024, |
| 04/24/2024, | 05/08/2024, |
| 04/20/2024, | 05/07/2024, |
| 04/17/2024, | 05/05/2024, |
| 04/13/2024, | 05/04/2024, |
| 04/10/2024, | 05/01/2024, |
| 04/06/2024, | 04/30/2024, |
| 04/03/2024, | 04/29/2024, |
| 03/30/2024, | 04/24/2024, |
| 03/27/2024, | 04/21/2024, |
| 03/23/2024, | 04/19/2024, |
| 03/20/2024, | 04/16/2024, |
| 03/16/2024, | 04/15/2024, |
| 03/13/2024, | 04/12/2024, |
| 03/09/2024, | 04/10/2024, |
| 03/06/2024, | 04/05/2024, |
| 03/02/2024, | 04/04/2024, |
| 02/28/2024, | 04/02/2024, |
| 02/24/2024, | 04/01/2024, |
| 02/21/2024, | 03/31/2024, |
| 02/17/2024, | 03/26/2024, |
| 02/14/2024, | 03/24/2024, |
| 02/10/2024, | 03/20/2024, |
| 02/07/2024, | 03/19/2024, |
| 02/03/2024, | 03/18/2024, |
| 01/31/2024, | 03/17/2024, |
| 01/27/2024, | 03/16/2024, |
| 01/24/2024, | 03/15/2024, |
| 01/20/2024, | 03/14/2024, |
| 01/17/2024, | 03/13/2024, |
| 01/13/2024, | 03/12/2024, |
| 01/10/2024, | 03/05/2024, |
| 01/06/2024, | 03/03/2024, |
| 01/03/2024, | 03/02/2024, |
| 12/30/2023, | 03/01/2024, |
| 12/27/2023, | 02/27/2024, |

| | | | |
|---|---|---|---|
| | 12/23/2023, 12/20/2023, 12/16/2023, 12/13/2023, 12/09/2023, 12/06/2023, 12/02/2023, 11/29/2023, 11/25/2023, 11/22/2023, 11/18/2023, 11/15/2023, 11/11/2023, 11/08/2023, 11/04/2023, 11/01/2023, 10/28/2023, 10/25/2023, 10/21/2023, 10/18/2023, 10/14/2023, 10/11/2023, 10/07/2023, 10/04/2023, 09/30/2023, 09/27/2023, 09/23/2023, 09/20/2023 and 09/16/2023<br><br>760 MARKET ST FL 2, SAN FRANCISCO CA 94102 | 02/24/2024, 02/21/2024, 02/20/2024, 02/19/2024, 02/16/2024, 02/15/2024, 02/12/2024, 02/09/2024, 02/06/2024, 02/05/2024, 02/04/2024, 02/03/2024, 02/02/2024, 02/01/2024, 01/31/2024, 01/26/2024, 01/24/2024, 01/22/2024, 01/16/2024, 01/15/2024, 01/13/2024, 01/12/2024, 01/11/2024 and 01/10/2024<br><br>760 MARKET ST FL 2, SAN FRANCISCO CA 94102<br>(415) 510-5272 | |
| **DISCOVER FINANCIAL SVCS**<br>Inquired on 09/05/2024<br><br>2500 LAKE COOK RD, RIVERWOODS IL 60015<br>(877) 728-3030 | **EXPERIAN**  7<br>Inquired on 09/15/2024, - 1<br>08/06/2024, - 2<br>03/17/2024, - 3<br>02/18/2024, - 4<br>01/09/2024, - 5<br>12/05/2023 and - 6<br>11/05/2023 - 7 | **EXPERIAN**  55<br>Inquired on 09/07/2024, - 1<br>09/04/2024, - 2<br>09/02/2024, - 3<br>08/31/2024, - 4<br>08/25/2024, - 5<br>08/24/2024, - 6<br>08/17/2024, - 7<br>08/13/2024, - 8<br>08/10/2024, - 9 | **EXPERIAN**  13<br>Inquired on 08/22/2024, - 1<br>08/21/2024, - 2<br>08/19/2024, - 3<br>07/11/2024, - 4<br>04/29/2024, - 5<br>02/20/2024, - 6<br>01/25/2024, - 7<br>01/05/2024, - 8<br>01/04/2024, - 9 |

| | | |
|---|---|---|
| 475 ANTON BLVD, COSTA MESA CA 92626 | 08/03/2024, -10<br>07/27/2024, -11<br>07/06/2024, -12<br>06/29/2024, -13<br>06/15/2024, -14<br>06/08/2024, -15<br>06/01/2024, -16<br>05/25/2024, -17<br>05/18/2024, -18<br>05/11/2024, -19<br>05/04/2024, -20<br>04/27/2024, -21<br>04/20/2024, -22<br>04/13/2024, -23<br>04/06/2024, -24<br>03/30/2024, -25<br>03/23/2024, -26<br>03/16/2024, -27<br>03/09/2024, -28<br>03/02/2024, -29<br>02/24/2024, -30<br>02/17/2024, -31<br>02/10/2024, -32<br>02/03/2024, -33<br>01/27/2024, -34<br>01/20/2024, -35<br>01/13/2024, -36<br>01/06/2024, -37<br>12/30/2023, -38<br>12/23/2023, -39<br>12/16/2023, -40<br>12/09/2023, -41<br>12/02/2023, -42<br>11/25/2023, -43<br>11/18/2023, -44<br>11/11/2023, -45<br>11/05/2023, -46<br>11/04/2023, -47<br>10/28/2023, -48<br>10/26/2023, -49<br>10/21/2023, -50<br>10/14/2023, -51<br>10/07/2023, -52<br>09/30/2023, -53<br>09/23/2023 an -54<br>d 09/16/2023 -55 | 12/03/2023, -10<br>12/02/2023, -11<br>11/04/2023, -12<br>10/06/2023, -13<br>-10/03/2023 an -14<br>d 10/01/2023 -15<br><br>475 ANTON BLVD, COSTA MESA CA 92626 |

475 ANTON BLVD,
COSTA MESA
CA 92626
(866) 431-3471

**EXPERIAN** u
Inquired on
08/06/2024, - 1
03/17/2024, - 2
02/18/2024 an - 3
d 12/05/2023 - 4

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN** u
Inquired on
08/06/2024, - 1
03/17/2024, - 2
02/18/2024 an - 3
d 12/05/2023 - 4

PO BOX 9600,
ALLEN TX
75013
(800) 311-4769

**EXPERIAN CREDITMATCH** x
Inquired on
09/04/2024, - 1
09/02/2024, - 2
08/25/2024, - 3
08/13/2024, - 4
01/06/2024, - 5
11/05/2023 an - 6
d 10/26/2023 - 7

475 ANTON
BLVD # D4,
COSTA MESA
CA 92626

**EXPERIAN CREDITMATCH** 2ol
Inquired on
06/03/2024, - 1
06/02/2024, - 2
06/01/2024, - 3
05/31/2024, - 4
05/30/2024, - 5
05/29/2024, - 6
05/28/2024, - 7
05/27/2024, - 8
05/26/2024, - 9
05/25/2024, - 10
05/24/2024, - 11
05/23/2024, - 12
05/22/2024, - 13
05/21/2024, - 14
05/20/2024, - 15
05/19/2024, - 16
05/18/2024, - 17
05/17/2024, - 18
05/16/2024, - 19
05/15/2024, - 20
05/14/2024, - 21
05/13/2024, - 22
05/12/2024, - 23
05/11/2024, - 24
05/10/2024, - 25
05/09/2024, - 26
05/08/2024, - 27
05/07/2024, - 28
05/06/2024, - 29
05/05/2024, - 30
05/04/2024, - 31
05/03/2024, - 32
05/02/2024, - 33
05/01/2024, - 34
04/30/2024, - 35
04/29/2024, - 36

04/28/2024, -37
04/27/2024, -38
04/26/2024, -39
04/25/2024, -40
04/24/2024, -41
04/23/2024, -42
04/22/2024, -43
04/21/2024, -44
04/20/2024, -45
04/19/2024, -46
04/18/2024, -47
04/17/2024, -48
04/16/2024, -49
04/15/2024, -50
04/14/2024, -51
04/13/2024, -52
04/12/2024, -53
04/11/2024, -54
04/10/2024, -55
04/09/2024, -56
04/08/2024, -57
04/07/2024, -58
04/06/2024, -59
04/05/2024, -60
04/04/2024, -61
04/03/2024, -62
04/02/2024, -63
04/01/2024, -64
03/31/2024, -65
03/30/2024, -66
03/29/2024, -67
03/28/2024, -68
03/27/2024, -69
03/26/2024, -70
03/25/2024, -71
03/24/2024, -72
03/23/2024, -73
03/22/2024, -74
03/21/2024, -75
03/20/2024, -76
03/19/2024, -77
03/18/2024, -78
03/17/2024, -79
03/16/2024, -80
03/15/2024, -81
03/14/2024, -82

03/13/2024, -83
03/12/2024, -84
03/11/2024, -85
03/10/2024, -86
03/09/2024, -87
03/08/2024, -88
03/07/2024, -89
03/06/2024, -90
03/05/2024, -91
03/04/2024, -92
03/03/2024, -93
03/02/2024, -94
03/01/2024, -95
02/29/2024, -96
02/28/2024, -97
02/27/2024, -98
02/26/2024, -99
02/25/2024, -100
02/24/2024, -101
02/23/2024, -102
02/22/2024, -103
02/21/2024, -104
02/20/2024, -105
02/19/2024, -106
02/18/2024, -107
02/17/2024, -108
02/16/2024, -109
02/15/2024, -110
02/14/2024, -111
02/13/2024, -112
02/12/2024, -113
02/11/2024, -114
02/10/2024, -115
02/09/2024, -116
02/08/2024, -117
02/07/2024, -118
02/06/2024, -119
02/05/2024, -120
02/04/2024, -121
02/03/2024, -122
02/02/2024, -123
02/01/2024, -124
01/31/2024, -125
01/30/2024, -126
01/29/2024, -127
01/28/2024, -128

01/27/2024, -129  
01/26/2024, -130  
01/25/2024, -131  
01/24/2024, -132  
01/23/2024, -133  
01/22/2024, -134  
01/21/2024, -135  
01/20/2024, -136  
01/19/2024, -137  
01/18/2024, -138  
01/17/2024, -139  
01/16/2024, -140  
01/15/2024, -141  
01/14/2024, -142  
01/13/2024, -143  
01/12/2024, -144  
01/11/2024, -145  
01/10/2024, -146  
01/09/2024, -147  
01/08/2024, -148  
01/07/2024, -149  
01/06/2024, -150  
01/05/2024, -151  
01/04/2024, -152  
01/03/2024, -153  
01/02/2024, -154  
01/01/2024, -155  
12/31/2023, -156  
12/30/2023, -157  
12/29/2023, -158  
12/28/2023, -159  
12/27/2023, -160  
12/26/2023, -161  
12/25/2023, -162  
12/24/2023, -163  
12/23/2023, -164  
12/22/2023, -165  
12/21/2023, -166  
12/20/2023, -167  
12/19/2023, -168  
12/18/2023, -169  
12/17/2023, -170  
12/16/2023, -171  
12/15/2023, -172  
12/14/2023, -173  
12/13/2023, -174

12/12/2023, -175
12/11/2023, -176
12/10/2023, -177
12/08/2023, -178
12/07/2023, -179
12/06/2023, -180
12/05/2023, -181
12/04/2023, -182
12/03/2023, -183
12/02/2023, -184
12/01/2023, -185
11/30/2023, -186
11/29/2023, -187
11/28/2023, -188
11/27/2023, -189
11/26/2023, -190
11/25/2023, -191
11/24/2023, -192
11/23/2023, -193
11/22/2023, -194
11/21/2023, -195
11/20/2023, -196
11/19/2023, -197
11/18/2023, -198
11/17/2023, -199
11/16/2023, -200
11/15/2023, -201
11/14/2023, -202
11/13/2023, -203
11/12/2023, -204
11/11/2023, -205
11/10/2023 an -206
d 11/09/2023 -207

475 ANTON BLVD # D4, COSTA MESA

| EXPERIAN CS IDENTITY | FIRST ADVANTAGE/EMPLOYMENT | WELLSFARGO | WELLSFARGO WF DS CARD |
|---|---|---|---|
| Inquired on 09/04/2024, 08/04/2024, 07/04/2024, 06/04/2024, 05/04/2024, 04/11/2024, | Inquired on 11/12/2023 140 FOUNTAIN PKWY N STE 410, ST | Inquired on 09/15/2024, 08/15/2024, 07/15/2024, 06/15/2024, 05/14/2024, 04/15/2024, 03/15/2024, | Inquired on 08/08/2024, 07/11/2024, 06/13/2024, 05/09/2024, 04/11/2024, 03/15/2024, 02/12/2024, |



Laguerre Lasudre
26 Broad St apt 4
Norwalk CT
06851

United States District Court
45 Lafayette BLVD
Bridgeport CT
06604

USPS CERTIFIED MAIL
9589 0710 5270 2043 7308 42
RDC 99
X-RAY SCREEN COMPLETED

Retail
U.S. POSTAGE PAID
FCM LG ENV
NORWALK, CT 06850
NOV 25, 2024
06604
$7.16
S2324A502381-55