# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Laguerre Lensendo,
Plaintiff(s),

v.

Experian,
Defendant(s).

Case No. _____
(to be filled out by Clerk's Office)

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
## PURSUANT TO 28 U.S.C. §1915

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. §1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor;

(2) I am entitled to commence this action against the defendant(s); and

(3) I request that the Court direct the United States Marshal's Service to serve process in this matter.

_L. Laguerre_
Original Signature

_Laguerre Lendendo_
Name (print or type)

_26 Broad St apt 4_
Street Address

_Norwalk    CT      06851_
City        State   Zip Code

_646-212-6271_
Telephone Number

*Revised December 15, 2023*

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_Laguerre Lendendw_,
Plaintiff(s),

v.

_Experian_,
Defendant(s).

Case No. _____
(to be filled out by Clerk's Office)

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
## PURSUANT TO 28 U.S.C. §1915

**I.   INSTRUCTIONS:**

Complete all questions in this Affidavit and sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable" (N/A), write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name and the question number. Failure to follow these instructions may result in the denial of your Motion.

**II.  AFFIDAVIT:**

I declare that:

(1)   I am unable to pay such fees, costs, or give security therefor,

(2)   I am entitled to commence this action against the defendant(s), and

(3)   The responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

*Revised December 15, 2023*

A.   **INCOME**

**1. Your Employment:**

If <u>employed</u> at present, complete the following:
Name of employer: _N/A_ How long employed: _N/A_
Address of employer: _N/A_
Gross monthly income before taxes or other deductions: $_N/A_

If <u>self-employed</u> at present, complete the following:
State gross monthly income before taxes and deductions: _N/A_
What is the nature of your employment? ____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since (DATE): _2022_
The name of your last employer: _Optimum_
Address of last employer: _1059 High ridge RD Stamford CT 06905_
Last gross monthly income received: $_I don't remember_

**2. Your spouse's employment (if applicable):**

If <u>spouse</u> is employed, please complete the following:
Name of employer: _N/A_ How long employed: _N/A_
What is the nature of spouse's employment? _N/A_
Gross monthly income before taxes or other deductions: $_N/A_

**3. Do you or your spouse receive government cash benefits (e.g., SAGA or AFDC)?**

Yes __ No __. If yes, please complete the following:
I have been receiving these benefits since: _N/A_
I am receiving $_N/A_ per month for myself and the following family members: _N/A_

**4. Do you or your spouse receive social security, disability, workers' compensation or unemployment benefits?**

Yes __ No _✓_. If yes, please complete the following:
I have been receiving (TYPE) _N/A_ benefits since (DATE) _N/A_.
I am receiving $_N/A_ per month.

**5. Do you or your spouse receive any other income (e.g., rent payment, pensions, annuities, life insurance, child support) of any kind?**

Yes __ No _✓_. If yes, please complete the following:
I am receiving $_N/A_ per month.
What is the source of this income? _N/A_

**6. List all of the people who are in your household and state the amount of money each one contributes to household expenses each month:**

_I am currently the only member of my household_

*Revised December 15, 2023*

B.   **ASSETS OWNED BY YOU OR YOUR SPOUSE**

1. **Real Property:** Do you or your spouse own any <u>real property</u>, such as land or a house?

Yes __ No ✓. If yes, please complete the following:
What kind of property is it? N/A
Property Address: N/A
Whose name is the property in? N/A
Estimated value: N/A

   a. **Are you paying off a loan or mortgage on it?**

Yes __ No ✓ If yes, please complete the following:
Where are you obtaining the money to make the payments? N/A
Mortgage Balance: N/A    Owed to: N/A

2. **Other property owned by you or your spouse:**

**Automobile #1:** Make N/A    Model N/A    Year N/A
Registered owner(s) name(s): N/A
Estimated value of automobile: N/A    Amount Owed: N/A

**Automobile #2:** Make N/A    Model N/A    Year N/A
Registered owner(s) name(s): N/A
Estimated value of automobile: N/A    Amount Owed: N/A

Do you own any other valuable property, such as boats, motorcycles, jewelry, artwork, antiques?
Yes __ No ✓. If yes, please complete the following:
Please describe the property and provide its estimated value: N/A

3. **Cash owned by you or your spouse:**

Cash on hand: $3.7    Balance in checking or money market accounts: N/A
Balance in savings accounts or similar accounts: N/A

4. **Stocks, bonds, mutual funds or other investments owned including retirement accounts (such as IRA, 401(k)) owned by you or your spouse:**

Total value of investments: N/A
Describe the nature of the investments: N/A

*Revised December 15, 2023*

C.  **OBLIGATIONS:**

1.  **Estimate the average monthly expenses of you and your family:**

| | |
|---|---|
| Rental on house/apartment | $ N/A |
| Mortgage payment on house/apartment: | $ N/A |
| Property taxes on house/apartment: | $ N/A |
| Gas/heating oil bill: | $ N/A |
| Electric bill: | $ |
| Water bill: | $ |
| Phone/cell phone bill: | $ 10 |
| Internet bill: | $ N/A |
| Cable bill: | $ |
| Car payment: | $ |
| Fuel and maintenance for car: | $ |
| Car insurance payment: | $ |
| Other types of insurance payments (such as health, life, disability, property, renter's insurance): | $ |
| Food (do *not* include food purchased with SNAP benefits): | $ |
| Clothing: | $ |
| Transportation expenses: | $ 100 |
| Medical expenses not covered by insurance: | $ N/A |
| Alimony or child support payments: | $ N/A |
| Monthly payments on outstanding debts: | N/A |
|     Please list: _____ | $ N/A |
|     Please list: _____ | $ N/A |
|     Please list: _____ | $ N/A |
| Other necessary expenses: | |
|     Please list: _____ | $ N/A |
|     Please list: _____ | $ N/A |
|     Please list: _____ | $ N/A |
| **TOTAL AMOUNT OF MONTHLY OBLIGATIONS:** | $ 110 |

2.  **Debts:**

Do you or your spouse owe any money other than mortgage or auto loans, such as student debt, medical debt, credit card debt? List the total amount of each debt below, and to whom it is owed.

Debt owed to: _____N/A_____ $ ___N/A___
Debt owed to: _____N/A_____ $ ___N/A___
Debt owed to: _____N/A__ $ ___N/A___

*Revised December 15, 2023*

## 3. Dependents/Other obligations:

List all persons who are dependent upon you and your spouse for support, state your relationship to those persons, their age, and indicate how much you contribute toward their support on a monthly basis:

| Name (if under 18, initials only) | Relationship | Age | Monthly Support |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

## 4. Provide any other information that will help explain why you cannot pay the costs of these proceedings:

I have the amount demanded

## D. PREVIOUS LITIGATION:

If you have ever filed a case in federal court, provide the following information for each case you have filed. **All prior cases must be listed.** If you need additional space, please continue on a separate sheet.

Case Number / Case Caption / Disposition of Case

1. 3:24 CV07108 KAD — Laguerre v Key Bank — Dismissed WP
2. IDK — Laguerre v Young et al — in litigation
3.
4.

## E. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 11/25/24

_J. Laguerre_
Original Signature of Affiant

*Revised December 15, 2023*